

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-13-00415-CR

Dave **MCNEIL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-2002-CR
Charles Ramsay, Judge Presiding

## O R D E R

This appeal is currently set for formal submission and oral argument before this court on Tuesday, February 25, 2014 at 9:00 a.m., before a panel consisting of Justice Marialyn Barnard, Justice Rebeca Martinez, and Justice Patricia O. Alvarez.

After additional review, this court has determined the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. TEX. R. APP. P. 39.1(c), (d). Accordingly, we **ORDER** oral argument in this matter cancelled. The matter will be submitted on the briefs.

The clerk of this court is **ordered** to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court